Nathan, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ZAKIRA HOSSAIN RENU and SAKHAYAT HOSSAIN,

                Plaintiffs,

v.

3694 LOWER EAST SIDE PIZZA, LLC and ROBERT COOKSTON, in his individual and professional capacities,

                Defendants.
------------------------------------------------------------------ X

Civil Action No.: 16-cv-07696 (AJN)

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Zakira Hossain Renu and Sakhayat Hossain and Defendants 3694 Lower East Side Pizza, LLC and Robert Cookston, together, through their undersigned counsel, that the above-captioned action be and is hereby discontinued in its entirety without prejudice. The parties shall bear their own costs and attorneys' fees.

Dated: December 20, 2016
       New York, New York

**WIGDOR LLP**

By: _____
    David E. Gottlieb
85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dgottlieb@wigdorlaw.com
*Attorneys for Plaintiffs*

December 16, 2016
Hartford, Connecticut

**FORD HARRISON**

By: _____
    Cindy M. Cjeslak
750 Main Street, Ste. 606
Hartford, CT 06103
Telephone: (860) 748-4660
Facsimile: (860) 241-1547
ccieslak@fordharrison.com
*Attorneys for Defendants*

SO ORDERED: 12/21/16
_____
Hon. Alison J. Nathan
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Dec 23, 2017